148 A.3d 741

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DANIEL
P. VERRECCHIA (A/K/A DANIEL GOLDBERG), DEFENDANT-
PETITIONER.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002407-14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

148 A.3d 741

STATE OF NEW JERSEY PLAINTIFF-RESPONDENT,
v. SUZANNE EPP, DEFENDANT-PETITIONER.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000473-15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.